REQUEST FOR COURT ACTION / DIRECTION

**07 CRIM 1103**

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office-5th Floor | OFFENSE: <u>CONSPIRACY [21:846]</u><br><u>MONEY LAUNDERING [18:1956(a)(1)(A)(I)]</u> |
| | | ORIGINAL SENTENCE: <u>One Hundred fifty-one (151) months imprisonment followed by a Five (5) year term of Supervised Release. $200 Special Assessment</u> |
| FROM: | Brian M. McNulty<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>The defendant will participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment; Forfeiture of 1986 Nissan Stanza.</u> |

RE: <u>ADON, Andres</u>
    Docket # <u>2:97CR00101</u>

DATE OF SENTENCE: <u>June 15, 1998</u>

DATE: November 27, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: DEC 0 6 2005

ATTACHMENTS:   PSI <u>X</u>   JUDGMENT <u>X</u>
REQUEST FOR:   COURT DIRECTION <u>  X  </u>

---

### Request for Acceptance of Jurisdiction

This offender was sentenced in the Southern District of Ohio on June 15, 1998 as outlined above. He was released from custody on August 17, 2007 to commence his supervised release term.

On October 29, 2007, the Southern District of Ohio initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

**ADON, Andres**  P18716-BMM
**Docket #2:97CR00101**
**Page 2**

Enclosed please find Probation Form(s) 22 signed on October 29, 2007 by the Honorable George C. Smith, U.S. District Judge for the Southern District of Ohio, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22) be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
    Brian M. McNulty
    U.S. Probation Officer
    212-805-5055

Approved By: *[signature]*  11/27/07
             Avriel G. George          Date:
             Supervising U.S. Probation Officer

/dg
Enclosures